1   SCOTT N. JOHNSON, ESQ., SBN 166952
    DISABLED ACCESS PREVENTS INJURY, INC.
    5150 FAIR OAKS BLVD., SUITE 101
2   PMB #253
    CARMICHAEL, CA 95608-5758
3   TELEPHONE (916) 485-3516
    FAX (916) 481-4224
4   E-MAIL scottnjohnson@comcast.net

5   Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                ) Case No.**2:09-cv-01787-LKK-KJM**
                                    )
14          Plaintiff,              ) STIPULATION AND ORDER RE:
                                    ) EXTENSION OF TIME UNTIL
15      vs.                         ) NOVEMBER 29, 2009 FOR DEFENDANT
                                    ) DENVER R. HICE INDIVIDUALLY AND
16  Denver R. Hice, et al           ) D/B/A LIVE OAK TAVERN TO
                                    ) RESPOND TO COMPLAINT
17          Defendants              )
                                    )
18                                  )
                                    )
19  _____      )

20

21       Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

22  Johnson and Defendant, Denver R. Hice Individually and

23  d/b/a Live Oak Tavern, by and through, Scott N. Johnson;

24  Denver R. Hice (PRO SE), stipulate as follows:

25

26

27

28

            STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1.  An extension of time has been previously
    obtained for Defendant Denver R. Hice
    Individually and d/b/a Live Oak Tavern until
    October 30, 2009 to respond or otherwise plead
    reference to Plaintiff's complaint.

2.  Defendant Denver R. Hice Individually and d/b/a
    Live Oak Tavern is granted an extension until
    November 29, 2009 to respond or otherwise plead
    reference to Plaintiff's complaint.

3.  Defendant Denver R. Hice Individually and d/b/a
    Live Oak Tavern's response will be due no later
    than November 29, 2009.


IT IS SO STIPULATED effective as of October 28, 2009


Dated:  October 28, 2009            /s/Denver R. Hice___  ___

                                    Denver R. Hice

                                    Individually and d/b/a

                                    Live Oak Tavern

                                    PRO SE


Dated:  October 28, 2009            /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff


STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1      **IT IS SO ORDERED:** that Defendant Denver R. Hice

2   Individually and d/b/a Live Oak Tavern shall have until

3   November 29, 2009 to respond to complaint.

4

5   Dated:  October 30, 2009

6

7

8                                          _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
9                                          UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com