SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Denver R. Hice, et al<br><br>        Defendants | Case No. **2:09-cv-01787-LKK-KJM**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 29, 2009 FOR DEFENDANT DENVER R. HICE INDIVIDUALLY AND D/B/A LIVE OAK TAVERN TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Denver R. Hice Individually and d/b/a Live Oak Tavern, by and through, Scott N. Johnson; Denver R. Hice (PRO SE), stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendant Denver R. Hice Individually and d/b/a Live Oak Tavern until November 29, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Denver R. Hice Individually and d/b/a Live Oak Tavern is granted an extension until December 29, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Denver R. Hice Individually and d/b/a Live Oak Tavern's response will be due no later than December 29, 2009.

IT IS SO STIPULATED effective as of December 7, 2009

Dated:   December 7, 2009                    /s/Denver R. Hice___  ___
                                             Denver R. Hice
                                             Individually and d/b/a
                                             Live Oak Tavern
                                             (PRO SE)

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated:   December 7, 2009                    /s/Scott N. Johnson

                                                  Scott N. Johnson,

                                                  Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Denver R. Hice Individually and d/b/a Live Oak Tavern shall have until December 29, 2009 to respond to complaint.

Dated:   December 9, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com