SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br><br>Denver R. Hice, et al,<br><br><br><br>          Defendants | Case No.: CIV.S 09-cv-01787-LKK-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JEWEL O. HICE AND ORDER**<br><br>Complaint Filed:  JUNE 27, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Jewel O. Hice) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendant.  Defendant (Jewel O. Hice) is dismissed because this Defendant is deceased.

Dated: December 8, 2009                               /s/Scott N. Johnson_____
                                                                          SCOTT N. JOHNSON
                                                                          Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                             CIV: S-09-01787-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

2

3 Dated: December 9, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-01787-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com